UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X

ADAM FAHLUND,

                        Plaintiff,                  16-cv-00391-ADS-AYS

    -against-

NASSAU COUNTY, THE NASSAU COUNTY DISTRICT      **STIPULATION OF**
ATTORNEY'S OFFICE, THE NASSAU COUNTY POLICE      **DISCONTINUANCE**
DEPARTMENT, THE ROCKVILLE CENTRE POLICE
DEPARTMENT, THE ELMONT POLICE DEPARTMENT,
POLICE OFFICER JASON C. VINBERG, SERGEANT
KATHLEEN A. VEDDER, SERGEANT ROBERT CONKLIN,
POLICE OFFICER SCIBIO, DETECTIVE MENZIES, POLICE
OFFICER MATTHEW J. LANDMAN, POLICE OFFICER
JOHN SIRACO, JR., POLICE OFFICER DOMINIC
SCICUTELLA, POLICE OFFICER COPPOLA, POLICE
OFFICER VEGA and POLICE OFFICER JOHN DOE
NUMBERS 1-7, unknown and intended to be named later
Nassau County Police Officers involved in the occurrence
herein, individually and in their respective capacities as
Members of the Nassau County Police Department or
Rockville Centre Police Department,

                        Defendants.

-------------------------------------------------------------------------X

**IT IS HEREBY STIPULATED, CONSENTED AND AGREED,** by and between the undersigned, counsel for the parties in the within action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, and no person not a party has an interest in the subject matter of the action, that the above-entitled action is dismissed with prejudice, pursuant to the terms of the parties' Settlement Agreement and General Release.

Dated July 6, 2022

| | |
|---|---|
| RAISER & KENNIFF, P.C. | HAMMILL, O'BRIEN, CROUTIER, DEMPSEY, PENDER & KOEHLER, P.C |
| By: *Steven M. Raiser* | By: ~~William J. Croutier, Jr., Esq.~~ Rebecca J. Morton, Esq. /RJM/ |
| Steven M. Raiser, Esq. | |
| 300 Old Country Rd., Suite 351 | 6851 Jericho Turnpike, Suite 250 |
| Mineola, New York 11501 | Syosset, New York 11791 |
| (516)742-7600 | (516)746-0707 |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |